IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3055 |
| | ) | |
| v. | ) | |
| | ) | |
| NGHIA TRONG NGUYEN, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

The defendant has moved to continue the plea hearing currently set for August 26, 2010, (filing no. 28), because specific information needs to be accumulated prior to completing the plea agreement, and this information will not be obtained before September 21, 2010.  The government does not oppose defendant's motion.

IT IS ORDERED:

1)   The defendant's motion to continue, (filing no. 28), is granted, and defendant's plea hearing will be held before the undersigned magistrate judge on the 1st day of October, 2010, at 1:30 p.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska.  The defendant is ordered to appear at this hearing.

2)   The ends of justice served by granting defendant's motion to continue the plea hearing outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and the anticipated plea of guilty, shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act for the reason that the failure to grant additional time could result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7).

August 25, 2010.                                    BY THE COURT:

                                                   s/ *Cheryl R. Zwart*
                                                   United States Magistrate Judge: